AUSA

FILED

AUG 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Jorge Armando HERNANDEZ-Soto
Defendant.

Magistrate Case No.: '08 MJ 8727

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance (Felony)

The undersigned complainant being duly sworn states:

That on or about August 14, 2008, within the Southern District of California, defendant Jorge Armando HERNANDEZ-Soto, did knowingly and intentionally import approximately 36.16 kilograms (79.55 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Robert J. Fejeran Jr., Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, August 15, 2008.

JAY R. IRWIN
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jorge Armando HERNANDEZ-Soto

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U.S. Immigration and Customs Enforcement Special Agent Robert J. Fejeran, Jr.

On August 14, 2008, at approximately 1650 hours, Customs and Border Protection Officer (CBPO) D. Drake was assigned to vehicle primary inspection lane #8 at the Calexico, California, West Port of Entry, when a Chevy Malibu, bearing Baja California Mexico license plates BDE 3787, approached his lane for entry into the United States.

CBPO Drake encountered the operator and sole occupant of the vehicle identified as Jorge Armando HERNANDEZ-Soto (HERNANDEZ). HERNANDEZ gave a negative oral Customs declaration to CBPO Drake. CBPO Drake noticed HERNANDEZ appeared very nervous and his hands were shaking as he handed his passport card to CBPO Drake. CBPO Drake observed HERNANDEZ continued to remain nervous as he continued with his questioning. HERNANDEZ stated he was going to Wal Mart and his girlfriend was the registered owner of the vehicle. CBPO Drake referred HERNANDEZ and his vehicle to the vehicle secondary lot for further inspection.

While in vehicle secondary, CEO Leon observed his assigned Human and Narcotic Detector Dog alert to the front passenger quarter panel. CBPO Carp removed the headlight from the passenger side where he discovered numerous packages hidden behind the headlight. CBPO Carp removed the front bumper and

discovered a non-factory compartment built into the front bumper and fender of the vehicle. A total of fourteen (14) packages, were removed from the compartment. CBPO Carp probed one of the packages producing a green leafy substance, which field-tested positive for the presence of marijuana. The total weight of the packages was approximately 36.16 kilograms (79.55 pounds) marijuana.

HERNANDEZ was advised of his Miranda Rights, which he acknowledged and waived. HERNANDEZ admitted to Agent Fejeran of having knowledge of the marijuana hidden in the vehicle. HERNANDEZ stated he was to be paid $900.00 to drive the vehicle to Calexico.